UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 8:04-CR- 545 - T30 EAJ |
|  | : |  |
| v. | : |  |
|  | : | Title 46 App., U.S.C., §1903(a), (g), & (j) |
| LUIS ANGEL VALENCIA, | : | Title 21, U.S.C. § 960(b)(1)(B)(ii) |
| HUBER GAMBOA, | : | Title 18, U.S.C. § 2 |
| EVER PANDALES, | : | Title 21, U.S.C. § 853(p) - Forfeiture |
| CESAR HUMBERTO HEREDIA, | : | Title 28, U.S.C. § 2461(c) |
| JOSE ALEJANDRO CENTENO, | : |  |
| FRANSCIO COLORADO, | : |  |
| OMAR BELALCAZAR GARCIA, | : |  |
| LEONARDO SOLIS, | : |  |
| ADELMO ESCOBAR HURTADO, | : |  |
| MANUEL COLORADO GONGORA, | : |  |
| ORLANDO HURTADO, | : |  |
| CAMILO GONGORA RIASCOS. | : |  |

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**

Between an unknown date through on or about November 2, 2004, while aboard a

vessel subject to the jurisdiction of the United States, the defendants,

LUIS ANGEL VALENCIA,
HUBER GAMBOA,
EVER PANDALES,
CESAR HUMBERTO HEREDIA,
JOSE ALEJANDRO CENTENO,
FRANSCIO COLORADO,
OMAR BELALCAZAR GARCIA,
LEONARDO SOLIS,
ADELMO ESCOBAR HURTADO,
MANUEL COLORADO GONGORA,
ORLANDO HURTADO, and
CAMILO GONGORA RIASCOS,

each of whom will be first brought into the United States at a point in the Middle District of

Florida, did knowingly and intentionally, while aiding and abetting each other and other

persons known and unknown to the Grand Jury, possess with the intent to distribute five

(5) kilograms or more of a mixture or substance containing a detectable amount of cocaine,

a Schedule II narcotic controlled substance.

All in violation of Title 46 Appendix, United States Code, Sections 1903(a) and

1903(g); Title 18, United States Code, Section 2; and Title 21, United States Code, Section

960(b)(1)(B)(ii).


**COUNT TWO**

Between an unknown date through on or about November 2, 2004, while aboard a

vessel subject to the jurisdiction of the United States, the defendants,

> LUIS ANGEL VALENCIA,
> HUBER GAMBOA,
> EVER PANDALES,
> CESAR HUMBERTO HEREDIA,
> JOSE ALEJANDRO CENTENO,
> FRANSCIO COLORADO,
> OMAR BELALCAZAR GARCIA,
> LEONARDO SOLIS,
> ADELMO ESCOBAR HURTADO,
> MANUEL COLORADO GONGORA,
> ORLANDO HURTADO, and
> CAMILO GONGORA RIASCOS,

each of whom will be first brought into the United States at a point in the Middle District of

Florida, did knowingly and willfully combine, conspire, and agree with each other and with

other persons known and unknown to the Grand Jury, to possess with the intent to

2

distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

All in violation of Title 46 Appendix, United States Code, Sections 1903(a), 1903(g), and 1903(j); and Title 21, United States Code, Section 960(b)(1)(B)(ii).

### FORFEITURE ALLEGATION

1.      The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 46 Appendix, United States Code, Section 1904, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c).

2.      From their engagement in the violations alleged in Counts One and Two of this Indictment, each punishable by imprisonment for more than one (1) year, the defendants,

LUIS ANGEL VALENCIA,
HUBER GAMBOA,
EVER PANDALES,
CESAR HUMBERTO HEREDIA,
JOSE ALEJANDRO CENTENO,
FRANSCIO COLORADO,
OMAR BELALCAZAR GARCIA,
LEONARDO SOLIS,
ADELMO ESCOBAR HURTADO,
MANUEL COLORADO GONGORA,
ORLANDO HURTADO, and
CAMILO GONGORA RIASCOS,

shall forfeit to the United States, pursuant to Title 46 Appendix, United States Code, Section 1904, Title 21, United States Code, Section 881(a), and Title 28, United States Code, Section 2461(c), all of their interest in:

3

a.   Property constituting or derived from any proceeds the defendants obtained, directly or indirectly, as a result of such violations;

b.   Property used or intended to be used in any manner or part to commit and to facilitate the commission of such violations, including, but not limited to, the Colombian-flagged fishing vessel *Aventurero*.

3.   If any of the property described above, as a result of any act or omission of the defendants:

a.   Cannot be located upon the exercise of due diligence;

b.   Has been transferred or sold to, or deposited with, a third party;

c.   Has been substantially diminished in value; or

d.   Has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

## SENTENCING ALLEGATIONS

1.   With respect to Counts One and Two of the Indictment, the quantity of cocaine is approximately 91 bales with an average weight of 24.1 kilograms per bale, equating to approximately 2,193.1 kilograms.

4

2.    With respect to Counts One and Two of the Indictment, the Master or Captain

of the fishing vessel Aventurero was Franscio Colorado.

A TRUE BILL

FOREPERSON

PAUL I. PEREZ
United States Attorney

By:    W. STEPHEN MULDROW

W. STEPHEN MULDROW
Assistant U.S. Attorney

JOSEPH K. RUDDY
Assistant U.S. Attorney
Deputy Chief, Narcotics Section

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida

Tampa Division

THE UNITED STATES OF AMERICA

vs.

LUIS ANGEL VALENCIA
HUBER GAMBOA
EVER PANDALES
CESAR HUMBERTO HEREDIA
JOSE ALEJANDRO CENTENO
FRANSCIO COLORADO
OMAR BELALCAZAR GARCIA
LEONARDO SOLIS
ADELMO ESCOBAR HURTADO
MANUEL COLORADO GONGORA
ORLANDO HURTADO
CAMILO GONGORA FIASCOS

## INDICTMENT

Violations:

46 App. U.S.C. § 1903(a), (g), and (j)
18 U.S.C. § 2
21 U.S.C. § 853(p) - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

A true bill,

_____
Foreperson

Filed in open court this 4th day
of November, A.D. 2004.

_____
Clerk

Bail $ _____

GPO 863 525